# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA LOU WALKER, )<br>by and through JUSTIN WALKER, )<br>   )<br>          Plaintiff, )<br>vs.                                                             )          NO.  CIV-07-0539-HE<br>   )<br>MICHAEL J. ASTRUE, )<br>Commissioner, Social Security )<br>Administration, )<br>   )<br>          Defendant. ) | |

## ORDER

Justin Walker, the surviving son of the deceased claimant Paula Lou Walker,[1] seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying Paula Lou Walker disability insurance benefits.  Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Gary M. Purcell, who recommended that the Commissioner's decision be affirmed.

Justin Walker has filed an objection to the Report and Recommendation, referencing in largely conclusory fashion the errors he asserts were committed by the Administrative Law Judge.  These arguments have already been throughly addressed in the Report and Recommendation and the court substantially concurs with the Magistrate Judge's analysis and conclusions.

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. # 18] and

---

[1] *The Report and Recommendation erroneously indentified plaintiff as the original claimant's daughter.*

**AFFIRMS** the final decision of the Commissioner.

    **IT IS SO ORDERED**.

Dated this 20th day of May, 2008.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE